ANDREA T. MARTINEZ, United States Attorney (#9313)
CAMERON P. WARNER, Assistant United States Attorney (#14364)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED US District Court-UT
APR 06 '22 AM11:34

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | Count 1: 18 U.S.C. § 875(c), Interstate Transmission of Threat to Injure |
| vs. | |
| AARON DAVID KIRSCHNER, | Count 2: 18 U.S.C. 18 U.S.C. § 2261A(2), Cyberstalking |
| Defendant. | Count 3: 18 U.S.C. 18 U.S.C. § 2261A(2), Cyberstalking |

The Grand Jury charges:

Case: 2:22-cr-00118
Assigned To : Campbell, Tena
Assign. Date : 4/6/2022

COUNT 1
18 U.S.C. § 875(c)
(Interstate Transmission of Threat to Injure)

On or about March 24, 2022, in the District of Utah,

AARON DAVID KIRSCHNER,

defendant herein, did knowingly transmit in interstate commerce a communication containing a threat to injure the person of another, Person A, to wit: "I will make sure that you never have the opportunity to ignore another veteran ever again….," and "oh wait I forgot if you are not at the operators desk when I call then you had god better not show

up ever again because I have no problem putting a bullet in your head as well as mine," and "You will immediately have any pending police intervention canceled…Any deviation will result in your body count increasing": all in violation of 18 U.S.C. § 875(c).

COUNT 2
18 U.S.C. 18 U.S.C. § 2261A(2),
(Cyberstalking)

On or about March 24 through March 29, 2022, in the District of Utah,

AARON DAVID KIRSCHNER,

defendant herein, with the intent to kill, injure, harass, and intimidate, used any interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate commerce to engage in a course of conduct that placed Person A in reasonable fear of death and serious bodily injury, and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Person A; all in violation of 18 U.S.C. § 2261A(2).

COUNT 3
18 U.S.C. § 2261A(2)
(Cyberstalking)

On or about March 24 through March 29, 2022, in the District of Utah,

AARON DAVID KIRSCHNER,

defendant herein, with the intent to kill, injure, harass, and intimidate, used any interactive computer service and electronic communication service and electronic

communication system of interstate commerce, and any other facility of interstate commerce to engage in a course of conduct that placed Person B in reasonable fear of death and serious bodily injury, and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Person B; all in violation of 18 U.S.C. § 2261A(2).

A TRUE BILL:

/S/
---
FOREPERSON OF THE GRAND JURY

ANDREA T. MARTINEZ
United States Attorney

CAMERON P. WARNER
Assistant United States Attorney